UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE LEE SHAVERS,

    Petitioner,

  v.

ROBERT W. FOX, Warden,

    Respondent.

Case No. 15-cv-05647-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; Denying Certificate of Appealability; and Denying Petitioner's Request for Preliminary Injunction as Moot,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: February 3, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge